IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RCC II INVESTMENTS LLC,

Plaintiff,

v.  CASE NO. 8:12-cv-618-T-26EAJ

JOHN BARTOLETTA,
HIGH STREET CAPITAL MANAGEMENT, LLC,
HIGH STREET GROUP, LLC, and
HIGH STREET FINANCIAL, LLC, and
NEWCASTLE CAPITAL MARKETS LLC.

Defendants.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff hereby gives notice that it voluntarily dismisses all claims against Defendants in the above styled case with prejudice. Each side shall bear their own attorneys' fees and costs.

DATED this 8th day of January, 2013.

/s/ Ken Abele
KEN ABELE
Georgia Bar No. 000377
Florida Bar No. 0254370
KEVIN A. FORSTHOEFEL
Florida Bar No. 092382
Ausley & McMullen
Post Office Box 391
Tallahassee, Florida 32302
(850) 224-9115

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically via CM/ECF and served by Email and U.S. Mail this 8th day of January, 2013 on:

Clay C. Schuett, PL
8200 113th Street North, Suite 103
Seminole, Florida  33772

/s/ Ken Abele
Attorney

cc:     RCC II Investments, LLC