**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RCC II INVESTMENTS LLC,

Plaintiff,

v.                                           CASE NO.  8:12-cv-618-T-26EAJ

JOHN BARTOLETTA,
HIGH STREET CAPITAL MANAGEMENT, LLC,
HIGH STREET GROUP, LLC, and
HIGH STREET FINANCIAL, LLC, and
NEWCASTLE CAPITAL MARKETS LLC.

Defendants.

## NOTICE OF DISMISSAL WITH PREJUDICE

Defendants/Third Party Plaintiffs hereby gives notice that they voluntarily dismiss all claims against Third Party Defendant, Pauline Pope, in the above styled case with prejudice.  Each side shall bear their own attorneys' fees and costs.

DATED this 14th day of January, 2013.

/s/ Clay Schuett
CLAY SCHUETT
Florida Bar No. 004080
Clay C. Schuett, PL
8200 113th Street North, Suite 104
Seminole, Florida  33772
(850) 224-9115

**Attorney for Defendants/Third Party Plaintiffs**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically via CM/ECF and served by Email this 14th day of January, 2013 on:

Ken Abele, Esquire

Ausley & McMullen, P.A.

123 South Calhoun Street

Tallahassee, FL 32301

/s/ Clay Schuett

Attorney