**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RCC II INVESTMENTS, LLC,

    Plaintiff,

v.                                                                                          Case No: 8:12-cv-618-T-30EAJ

JOHN BARTOLETTA, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court are the parties' Notices of Dismissal with Prejudice (Dkts. #27 and 28). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of January, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-618 dismissal.docx